AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
**Eastern District of Washington**

| | |
|---|---|
| Spokane Riverkeeper <br><br> *Plaintiff(s)* <br> v. <br> Town of Spangle <br><br> *Defendant(s)* | Civil Action No. 2:21-cv-00275 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Town of Spangle
675 N Old SR 195
Spangle, WA 99031

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard A. Smith
Savannah Rose
Smith & Lowney, PLLC
2317 E. John St.
Seattle, WA 98112
206.860.2124

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date

**SEAN F. McAVOY, Clerk**