Michael F. Connelly, WSBA #12448
Etter, McMahon, Lamberson,
Van Wert & Oreskovich, P.C.
618 W. Riverside Ave., Ste. 210
Spokane, Washington 99201
Phone: (509) 747-9100
Fax: (509) 623-1439
Email: mfc@ettermcmahon.com
Attorney for Town of Spangle

THE HONORABLE SALVADOR MENDOZA, JR.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPOKANE RIVERKEEPER,<br>Plaintiff,<br><br>v.<br><br>TOWN OF SPANGLE,<br>  Defendant. | No. 2:21-cv-00275<br><br>**_SECOND AMENDED_** JOINT STATUS REPORT AND DISCOVERY PLAN |

Pursuant to this Court's Text Only Order dated August 30, 2022, ECF No. 17, and the Federal Rule of Civil Procedure 26(f) and Eastern District of Washington Local Rules 16.1(a) and 26.1, the parties submit this joint status report and discovery plan for consideration by the Court in preparation for the scheduling conference set for March 23, 2023. The parties have conferred and

SECOND AMENDED JOINT STATUS
REPORT AND DISCOVERY PLAN - PAGE 1

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

agreed on this report.

**a)   Magistrate Judge:**

Parties have notified the Clerk's Office if they consent to the case being heard by a full-time U.S. Magistrate Judge.

**b)   Jurisdiction & Venue:**

The Court has subject matter jurisdiction over Spokane Riverkeeper's claims under Section 505(a) of the CWA, 33 U.S.C. § 1365(a). The relief requested herein is authorized by Sections 309(d) and 505(a) and (d) of the CWA, 33 U.S.C. §§ 1319(d) and 1365(a) and (d).

Under Section 505(b)(1)(A) of the CWA, 33 U.S.C. § 1365(b)(1)(A), Spokane Riverkeeper notified Spangle of its violations of the CWA and of Spokane Riverkeeper's intent to sue under the CWA by letter dated and postmarked June 30, 2021 and delivered July 6, 2021 ("Notice Letter"). In accordance with section 505(b)(1)(A) of the CWA, 33 U.S.C. § 1365(b)(1)(A) and 40 C.F.R. § 135.2(a)(1), Spokane Riverkeeper notified the Administrator of the United States Environmental Protection Agency ("EPA"), the Administrator of EPA Region 10, and the Director of the Washington Department of Ecology ("Ecology") of its intent to sue Spangle by mailing copies of the Notice Letter to these officials on June 30, 2021. Spangle responded to this Notice Letter on September 7, 2021, through their prior attorney, Steve Jolley.

SECOND AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN - PAGE 2

ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

At the time of filing the Complaint, more than sixty days had passed since the Notice Letter and copies thereof were issued in the manner described in the preceding paragraph.

At the time of the filing of the Complaint, neither the EPA nor the Ecology had commenced any action constituting diligent prosecution to redress the violations alleged in the Notice Letter.

The source of the violations complained of is located in Spokane County, Washington, within the Eastern District of Washington, and venue is therefore appropriate in the Eastern District of Washington pursuant to Section 505(c)(1) of the CWA, 33 U.S.C. § 1365(c)(1), and 28 U.S.C. § 1391(b).

**c)   Service of Process:**

Defendant waived service on December 7, 2021.

**d)   Description of the claims and defenses:**

This action involves claims brought under the citizen suit provisions of the Clean Water Act ("CWA"), 33 U.S.C. § 1365. Under the CWA, Plaintiff, an environmental organization, alleges that Defendant, a town operating a wastewater treatment plant in Spangle, is in violation of the conditions of its National Pollutant Discharge Elimination System ("NPDES") permit ("the Permit") authorizing discharges of wastewater and other pollutants from its facility into Spangle Creek. Plaintiff seeks declaratory and injunctive relief, the

SECOND AMENDED JOINT STATUS
REPORT AND DISCOVERY PLAN - PAGE 3

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

imposition of civil penalties, and recovery of litigation expenses. Defendant denies Plaintiff's allegations.

**e)  Constitutionality:**

A statute's constitutionality is not being challenged in this matter.

**f)  Class Action:**

This matter is not a class action.

**g)  Issues to certify to the State Supreme Court:**

None.

**h)  Suggested deadlines for amending the pleadings:**

The parties propose that this matter be held in abeyance without establishing deadlines, and that a status conference be held after September 1, 2023, to allow Ecology time to provide funding for the further study of the Town's sewer system and allow the parties to stipulate to a resolution of this matter without incurring unnecessary attorneys' fees and wasting judicial resources.

**i)  Suggested deadline for adding additional parties:**

See paragraph h above.

**Corporate disclosure statement:** Per Federal Rule of Civil Procedure 7.1, the Town of Spangle is a governmental entity and therefore is not required to file a corporate disclosure statement.

SECOND AMENDED JOINT STATUS
REPORT AND DISCOVERY PLAN - PAGE 4

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

**j)  Minor or incompetent party – GAL necessary:**

This case does not involve a minor or an incompetent party, thus, appointment of a GAL is not necessary.

**k)  Discovery:**

1. **Deadline for initial disclosures:**

Parties have already timely submitted initial disclosures and filed their Notices of Compliance, ECF document nos. 12 and 14.

2. **Subjects on which discovery may be needed:**

The subjects on which discovery may be needed include Plaintiff's standing, Defendant's compliance/noncompliance with the Permit, means to control wastewater pollution at Defendant's facility, the application of the penalty factors identified at 33 U.S.C. § 1319(d), and any affirmative defenses raised by Defendant. Plaintiff may request entry onto the site to take samples of Defendant's wastewater discharges.

3. **Issues about preserving discoverable information:**

At this time, there are no known issues about preserving discoverable information.

4. **Claims of privilege or protection:**

The parties are not currently aware of any unique or extensive claims or privilege or protection.

SECOND AMENDED JOINT STATUS REPORT AND DISCOVERY PLAN - PAGE 5

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

5. **Proposed modifications to standard discovery procedures:**

This case will involve preservation and production of ESI. The parties may propose an agreement based on the Model Protocol for Discovery of ESI if the parties conclude such an order is necessary. At this time, there are no known issues related to the disclosure or discovery of ESI. The Parties do not anticipate a need for bifurcation and/or consolidation at this point.

6. **Suggested expert disclosure deadlines:**

See paragraph h above.

7. **Suggested discovery cut-off:**

See paragraph h above.

8. **Fed. R. Evid 502 agreements relating to inadvertent disclosures:**

The parties will address as needed; at this time the parties do not anticipate any Fed R. Evid. 502 agreements relating to inadvertent disclosures.

l) **Proposed protective orders/confidentiality agreements:**

The parties will address if discovery requires a protective order. At this time, the parties are not proposing any protective orders or confidentiality agreements.

m) **Anticipated motions and suggested dispositive motion filing deadline:**

See paragraph h above.

SECOND AMENDED JOINT STATUS
REPORT AND DISCOVERY PLAN - PAGE 6

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

**n) Trial:**

1. **Suggested trial date:** The parties believe this case will be ready for trial September 1, 2024.

2. **Length of trial:** The parties anticipate that five (5) trial days will be needed.

3. **Bifurcation:** The parties do not anticipate a need for bifurcation at this time but reserve the right to seek bifurcation at a later date, if appropriate.

4. **Need for special audio/visual courtroom technology:** At this time, the parties do not anticipate the need for special audio/visual courtroom technology.

**o) Mediation:**

1. **Deadline for referral to magistrate judge:**

The deadline for consent to referral to a magistrate judge has already passed in this matter, and it will remain with a district judge.

2. **Efforts parties have made toward settlement:**

To promote the expeditious and inexpensive resolution of the case, the parties agree to work cooperatively and have already informally exchanged information. The parties have already had several phone conversations about the issues in this matter and potential resolutions. Currently, the parties are waiting further information on the Town sewer plan, which will help inform discussions of potential resolution of this matter.

SECOND AMENDED JOINT STATUS
REPORT AND DISCOVERY PLAN - PAGE 7

ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

3. **Barriers to productive mediation that exist at this time:**

At this time, the parties do not know of any barriers to productive mediation.

**p)** **Any other matters that may be conducive to the just, efficient, and economical determination of this action:**

The parties do not have any further suggestions.

DATED this 9th day of March 2023.

ETTER, MCMAHON, LAMBERSON,
VAN WEST & ORESKOVICH P.C.


/s/ Michael F. Connelly
Michael F. Connelly, WSBA #12448
Attorney for Town of Spangle


SMITH & LOWNEY, PLLC


/s/ Savannah Rose
Richard A. Smith, WSBA #21788
Savannah Rose, WSBA #57062
Smith and Lowney, PLLC
2317 E John St
Seattle, WA 98112-5412
Attorneys for Spokane Riverkeeper

SECOND AMENDED JOINT STATUS
REPORT AND DISCOVERY PLAN - PAGE 8

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of March, 2023, I caused a true and correct copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF System, which will send notification of such to all attorneys of record.

/s/ Bonita L. Felgenhauer
Bonita L. Felgenhauer

SECOND AMENDED JOINT STATUS
REPORT AND DISCOVERY PLAN - PAGE 9

ETTER, M<sup>c</sup>MAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201   (509) 747-9100