HON. STANLEY A. BASTIAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SPOKANE RIVERKEEPER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TOWN OF SPANGLE,<br><br>　　Defendant. | No. 2:21-cv-00275-SAB<br><br>JOINT MOTION FOR ENTRY OF CONSENT DECREE<br><br>NOTE ON MOTION CALENDAR: June 20, 2025 |

MOTION

Plaintiff Spokane Riverkeeper and Defendant Town of Spangle (collectively, "the Parties") hereby jointly move the Court for an order approving the entry of the Consent Decree filed herewith.

STATEMENT IN SUPPORT

The Parties have agreed that settlement of this matter as between these parties is in the public interest and that entry of the Consent Decree is the most appropriate means of resolving this matter. By stipulating to the entry of the proposed Consent Decree, Town of Spangle does not admit the facts alleged against it and does not admit liability.

JOINT MOTION FOR ENTRY OF CONSENT DECREE - 1
(No. 2:21-cv-00275-SAB)

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

Pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. §§ 135.4 and 135.5, copies of the Complaint and the Consent Decree will be served on the U.S. Attorney General, the Administrator of the U.S. EPA, and the Regional Administrator of Region 10 of the U.S. EPA.

The Consent Decree may not be entered prior to 45 days following receipt by the Administrator, Regional Administrator, and the Attorney General. The noting date for the Court's consideration of this matter has been scheduled accordingly.

The parties respectfully request this Court enter the Consent Decree.

RESPECTFULLY SUBMITTED, this 28th day of April, 2025.

SMITH & LOWNEY, PLLC

By:    /s/Richard Smith
       Richard Smith, WSBA No. 21788
       /s/Katelyn Kinn
       Katelyn Kinn, WSBA No. 42686
       2317 E. John St.
       Seattle, WA 98112
       Tel: (206) 860-2883
       Fax: (206) 860-4187
       E-mail: richard@smithandlowney.com
       katelyn@smithandlowney.com
       *Attorneys for Spokane Riverkeeper*

ETTER, MCMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.

By:    /s/Megan Clark
       Megan C. Clark, WSBA #46505
       618 West Riverside Avenue, Suite 210
       Spokane, WA 99201
       Telephone: (509) 747-9100
       MClark@ettermcmahon.com
       *Attorney for Town of Spangle*

JOINT MOTION FOR ENTRY OF
CONSENT DECREE - 2
(No. 2:21-cv-00275-SAB)

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883